IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YUSEF AMIN THRASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-34-WHA |
| | ) | [WO] |
| DENNIS MEEKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on July 11, 2017. Doc. 10. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for the failure of Plaintiff to file an amended complaint as ordered by this court.

An appropriate judgment will be entered.

Done, this 1st day of August, 2017.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE